**Fred Kotek, Appellee, v. Charles Kotek, Appellant. John Vokaty et al., Intervening Petitioners, Appellants.**

**Gen. No. 41,396.**

opinion filed January 22, 1941. John A. Cervenka, Jr., and Klenha & Greenfield, for certain appellant; Irving Breakstone, for certain other appellants; Joseph Lustfield, for appellee; Thomas M. Zasadil, of counsel. Opinion by JUSTICE DENIS E. SULLIVAN. "Not to be published in full."